**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1572**

———————

BRENDA C. ALTMAN,

        Plaintiff - Appellant,

      v.

JOHN MCHUGH,

        Defendant – Appellee,

      and

UNITED STATES OF AMERICA; ARMY CORPS OF ENGINEERS; PAUL J.
ROSENSTEEL; CARROLL B. CORRELL; MONIQUE KORN; CHARLES COX,
Colonel; FRANK MILLER, Colonel; ANTHONY NIDA, Colonel;
NICHOLAS KOLAR, LTC; COLONEL DONALD WYNN, Commander; WAYNE
E. HENRY; CECIL HUTCHINSON,

        Defendants.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Michael F. Urbanski,
District Judge. (5:11-cv-00061-MFU)

———————

Submitted: August 31, 2012        Decided: September 13, 2012

———————

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Brenda C. Altman, Appellant Pro Se.  Rick A. Mountcastle, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda C. Altman appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Altman v. McHugh, No. 5:11-cv-00061-MFU (W.D. Va. Apr. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED